OPINION — AG — THE BOARD OF COUNTY COMMISSIONERS OF WASHITA SHOULD APPROVE OTHERWISE PROPER CLAIMS FOR THE SALARY AND OFFICE EXPENSES OF SAID COUNTY SUPERINTENDENT, AND THAT THEY WILL NOT INCUR ANY LIABILITY IN DOING SO. (ELECTION, CERTIFICATE EXPIRED, REQUIREMENTS, FILED FOR HIS OFFICE _ CITE: 70 O.S.H. 1-18, 70 O.S.H. 3-1, 19 O.S.H. 410.1, 51 O.S.H. 36.1 TO 51 O.S.H. 36.6, OPINION NO. JULY 2, 1953 — RICHARDSON (RICHARD HUFF)